United States District Court
Southern District of Texas
**ENTERED**
October 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Francisco Morales,　　Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-1401 |
| Jimmy W. Baugh Jr. and Benco Commercial Construction LLC,　　Defendants. | § | JURY DEMANDED |

## FINAL DEFAULT JUDGEMENT

The court considered the motion for default judgement filed by Francisco Morales, Jairo Guzman, and Jorge Guzman against Defendants Jesus Ordonez and Monica Del Carmen Ordonez, Individually and doing business as JEMO Contractors.

After considering the motion, the affidavits, and other evidence on file, the Court GRANTS the motion for default judgement and renders judgement as follows:

A final judgement in favor of Plaintiff Manuel Montalvo and against Defendants Jimmy W. Baugh Jr. and Benco Commercial Construction LLC, jointly and severally, as follows:

- $6,353.50 in unpaid wages for Francisco Morales;
- $6,353.50 in liquidated damages for Francisco Morales;
- $1,650.00 in unpaid wages for Jairo Guzman;
- $1,650.00 in liquidated damages for Jairo Guzman;
- $2,500.00 in unpaid wages for Jorge Guzman;
- $2,500.00 in liquidated damages for Jorge Guzman;
- $8,850.00 for reasonable and necessary attorney's fees; and
- $655.00 for court costs and reasonable expenses

Additionally, this Court retains jurisdiction over enforcing this judgement and any future attorney's fees and costs incurred by Plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgement.

All relief not granted herein is denied.

SIGNED on October 12, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge